UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:

CASE NO. 3:14-bk-2690-JAF

PEDRO SAAVEDRA and
VIVIANA SAAVEDRA,

    Debtors.
_____

### DEBTORS' MOTION TO DISMISS CHAPTER 12 CASE

The Debtors, Pedro Saavedra and Viviana Saavedra, through the undersigned counsel, pursuant to § 1208(b), United States Bankruptcy Code, move this Court for entry of an Order dismissing this Chapter 12 Case. This case has not previously been converted under Section 706 or 1112 of Title 11, United States Code.

### CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the foregoing was furnished by electronic/email notification or United States Mail, postage prepaid and first class, to Douglas W. Neway, Esquire, Chapter 12 Trustee, Post Office Box 4308, Jacksonville, Florida 32201 and all interested persons shown on the attached mailing matrix on this 29th day of March, 2016.

                            THE CHAUNCEY LAW FIRM, P. A.

                            BY      */s/ Anthony W. Chauncey*
                            Anthony W. Chauncey, Esquire
                            Florida Bar No. 75023
                            320 White Avenue - Street Address
                            Post Office Box 548 - Mailing Address
                            Live Oak, Florida 32064
                            Telephone:      (386) 364-4445
                            Telecopier:      (386) 364-4508
                            Email:    awc@chaunceylaw.com
                            Attorneys for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:14-bk-02690-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Mar 29 11:19:29 EDT 2016 | Ally Financial f/k/a GMAC Inc.<br>c/o Andrew W. Houchins<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | Bank of America, N.A.<br>c/o Liebler, Gonzalez & Portuondo<br>44 West Flagler Street<br>Courthouse Tower-25th Floor<br>Miami, FL 33130-1808 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Lakeland West Capital XVII, LLC<br>c/o Liebler, Gonzalez & Portuondo<br>44 West Flagler St<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 | Pedro Saavedra<br>8959 240th Street<br>O'Brien, FL 32071-3830 |
| Viviana Saavedra<br>8959 240th Street<br>O'Brien, FL 32071-3830 | United States of America - USDA-FSA<br>1718 Peachtree Street<br>Atlanta, GA 30309-2452 | Volvo Commerical Finance, a Division of VFS<br>c/o Jamie W. Olinto, Esq.<br>Adams and Reese LLP<br>501 Riverside Avenue<br>7th Floor<br>Jacksonville, FL 32202-4934 |
| WELLS FARGO BANK, N.A.<br>C/o Alison Verges Walters, Esq.<br>PO Box 707<br>Tampa, FL 33601-0707 | AGCO Finance LLC<br>P.O. Box 2000<br>Johnston, IA 50131-0020 | Ally Financial<br>P.O. Box 130424<br>Roseville, MN 55113-0004 |
| Ally Financial serviced by Ally Servicing LL<br>PO Box 130424<br>Roseville, MN 55113-0004 | American InfoSource LP as agent for -<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA 90051-5478 | BANK OF THE WEST -<br>2527 CAMINO RAMON<br>SAN RAMON CA 94583-4213 |
| Bank of America<br>101 North Tryon Street<br>Charlotte, NC 28255-0001 | Bank of America<br>P. O. Box 15026<br>Wilimgton, DE 19850-5026 | Bank of America<br>P. O. Box 21848<br>Greensboro, NC 27420-1848 |
| Bank of America<br>P. O. Box 660576<br>Dallas, TX 75266-0576 | Bank of America<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America, N.A.<br>44 W. Flagler Street, 25th Floor<br>Miami, FL 33130-1808 |
| Bank of America, N.A.<br>P.O. Box 26012<br>Greensboro, NC 27420-6012 | Bank of the West<br>P. O. Box 4002<br>Concord, CA 94524-4002 | Best Buy Retail Services<br>P. O. Box 5238<br>Carol Stream, IL 60197-5238 |
| Cananwill, Inc.<br>P. O. Box 8264<br>Chicago, IL 60601 | Capital One, N.A. -<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Coface Collections of North America<br>P. O. Box 8510<br>Metaire, LA 70011-8510 |
| Countrywide Home Loans<br>P. O. Box 660694<br>Dallas, TX 75266-0694 | Countrywide Home Loans Servicing<br>P. O. Box 5170<br>Simi Valley, CA 93062-5170 | Credit Collections USA<br>P. O. Box 873<br>Morgantown, WV 26507-0873 |

| | | |
|---|---|---|
| Farm Plan<br>P. O. Box 5328<br>Madison, WI 53705-0328 | Farm Service Agency<br>1416 E US 90, Suite A<br>Madison, Florida 32340-7058 | First Federal Bank of Florida Visa<br>P. O. Box 30131<br>Tampa, FL 33630-3131 |
| First of America Bank-FLORIDA<br>115 East Washington Street<br>Bloomington, IL 61701-4087 | Flagler Construction Equipment<br>4700 Millenia Blvd.<br># 500<br>Orlando, FL 32839-6019 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Ford Motor Credit<br>P. O. Box 390910<br>Minneapolis, MN 55439-0910 | Ford Motor Credit<br>P. O. Box 790119<br>St. Louis, MO 63179-0119 | Ford Motor Credit Company -<br>Dept 55953<br>PO Box 55000<br>Detroit, MI 48255-2679 |
| Ford Motor Credit Company<br>P.O. Box 55000<br>Detroit, MI 48255-2679 | Ford Motor Credit Company<br>P.O. Box 6508<br>Mesa, Arizona 85216-6508 | G. E. Capital<br>P. O. Box 6229<br>Carol Stream, IL 60197-6229 |
| GE Capital Corporation<br>1010 Thomas Edison Blvd. S.W.<br>Cedar Rapids, Iowa 52404-8247<br>GE Capital Corporation | GE Capital/Colonial Pacific Leasing Corp -<br>C/O Barbi Martin<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 | GE Money Bank<br>P. O. Box 960061<br>Orlando, FL 32896-0061 |
| GMAC<br>P. O. Box 3100<br>Midland, TX 79702 | Green Tree Servicing LLC<br>P. O. Box 6172<br>Rapid City, SD 57709-6172 | Green Tree Servicing, LLC<br>P.O. Box 961247<br>Ft. Worth, TX 76161-0247 |
| Hog Slat, Inc.<br>P.O. Box 300<br>Newton Grove, NC 28366-0300 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 8208<br>Philadelphia, PA 19101-8208 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | John Deere Credit Card<br>23176 Network Place<br>Chicago, IL 60673-1231 | John Deere Credit Card<br>P. O. Box 5327<br>Madison, WI 53705-0327 |
| John Deere Financial, f.s.b. -<br>PO Box 6600<br>Johnston, Iowa 50131-6600 | Lakeland West Capital XVII, LLC -<br>Attn: Edgar Coronado<br>PO Box 8152<br>Waco, TX 76714-8152 | Moody & Shea, P.A.<br>14501 Walsingham Road<br>Largo, FL 33774-3342 |
| MurphyLomon & Associates<br>P. O. Box 2206<br>Des Plaines, IL 60017-2206 | Nashville Tractor, Inc.<br>P.O. Box 847<br>Nashville, GA 31639-0847 | Nationstar Mortgage LLC -<br>c/o Steven Powrozek<br>4630 Woodland Corporate Boulevard<br>Suite 100<br>Tampa, FL 33614-2429 |

| | | |
|---|---|---|
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | PYOD, LLC its successors and assigns as assi<br>of Roundup Funding L.L.C.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Pilgrim's Pride Corporation<br>110 S Texas Street<br>Pittsburg, TX 75686-1532 |
| RSC Equipment Rental<br>P. O. Box 840514<br>Dallas, TX 75284-0514 | Sears Credit Card<br>P. O. Box 183081<br>Columbus, OH 43218-3081 | Suwannee County Tax Collector<br>215 Pine Avenue, Ste A<br>Live Oak FL 32064-2349 |
| Synchrony Bank -<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | TD Bank<br>P.O. Box 5600<br>Lewiston, ME 04243-5600 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| Volvo Financial Services<br>P. O. Box 26131<br>Greensboro, NC 27402-6131 | Volvo Financial Services (f/k/a Volvo Commer<br>c/o John T. Rogerson, III, Esq.<br>Adams and Reese LLP<br>501 Riverside Avenue, 7th Floor<br>Jacksonville, FL 32202-4934 | WFNNB - Kane Furniture<br>P. O. Box 659704<br>San Antonio, TX 78265-9704 |
| Wacovia Dealer Services<br>P. O. Box 25341<br>Santa Ana, CA 92799-5341 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Lawrence J Bernard +<br>Lawrence J. Bernard, P.A.<br>480 Busch Drive<br>Jacksonville, FL 32218-5553 |
| United States Trustee - JAX 13/7 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Ronnie S Carter +<br>United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Alison Verges Walters +<br>Kelley Kronenberg, Attorneys at Law<br>1511 N. Westshore Blvd., Suite 400<br>Tampa, FL 33607-4596 |
| Steven G Powrozek +<br>Shapiro, Fishman & Gache<br>4630 Woodland Corporate Blvd<br>Suite 100<br>Tampa, FL 33614-2429 | Andrew W Houchins +<br>Rush Marshall Jones and Kelly<br>PO Box 3146<br>Orlando, FL 32802-3146 | Douglas W Neway Chapter 12 Trustee +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Anthony W. Chauncey +<br>The Chauncey Law Firm, PA<br>Post Office Box 548<br>Live Oak, FL 32064-0548 | Laudy Luna +<br>Liebler Gonzalez & Portuondo PA<br>44 West Flagler<br>Suite 2500<br>Miami, FL 33130-1817 | Jamie W Olinto +<br>Adams and Reese LLP<br>501 Riverside Avenue<br>Jacksonville, FL 32202-4934 |
| Jessica B Reyes +<br>Liebler Gonzalez & Portuondo PA<br>Courthouse Tower - 25th Floor<br>44 West Flagler Street<br>Miami, FL 33130-1808 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company<br>P.O. Box 537901<br>Livonia, MI 48153-7901 | Internal Revenue Service -<br>P. O. Box 69<br>Memphis, TN 38101 | Nationstar Mortgage, LLC<br>P.O. Box 630267<br>Irving, Texas 75063 |

(d)Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9741

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (u)Nationstar Mortgage LLC | (u)United States of America - IRS<br>400 W. Bay Street<br>Jacksonville |
| (d)AGCO Finance LLC -<br>P.O. Box 2000<br>Johnston, IA 50131-0020 | (d)AGCO Finance LLC<br>P.O. Box 2000<br>Johnston, IA 50131-0020 | (d)Bank of America -<br>101 North Tryon Street<br>Charlotte, NC 28255-0001 |
| (d)Bank of America, N.A.<br>c/o Liebler, Gonzalez & Portuondo<br>44 West Flagler Street<br>Courthouse Tower - 25th FL<br>Miami, FL 33130-1808 | (d)Bank of the West<br>2527 Camino Ramon<br>San Ramon, CA 94583-4213 | (d)Farm Service Agency -<br>1416 E US 90, Suite A<br>Madison, Florida 32340-7058 |
| (d)GE Capital Corporation -<br>1010 Thomas Edison Blvd. S.W.<br>Cedar Rapids, Iowa 52404-8247<br>GE Capital Corporation | (d)John Deere Financial,f.s.b.<br>PO Box 6600<br>Johnston, Iowa 50131-6600 | (d)TD Bank -<br>P.O. Box 5600<br>Lewiston, ME 04243-5600 |
| (d)Wells Fargo Bank, N.A. -<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>--------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients    14<br>Total                  98 |